IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | | |
|---|---|---|
| RAILROAD MAINTENANCE AND INDUSTRIAL HEALTH AND WELFARE FUND, | ) ) ) ) | |
| Plaintiff, | ) ) | |
| vs. | ) ) | No. |
| ALPINE LANDSCAPE SERVICES, INC., | ) ) | |
| Defendant. | ) | |

**CERTIFICATE OF INTEREST**

The undersigned, counsel of record for RAILROAD MAINTENANCE AND INDUSTRIAL HEALTH AND WELFARE FUND, furnished the following in compliance with Standing Order CDIL of this Court.

(a) Railroad Maintenance and Industrial Health and Welfare Fund.

(b) Not applicable.

(c) CAVANAGH & O'HARA
William K. Cavanagh
Michael W. O'Hara
Patrick J. O'Hara
James P. Moody
John T. Long
Britt W. Sowle

DATED this 18th day of May, 2006.

 s/ James P. Moody
 JAMES P. MOODY
 **CAVANAGH & O'HARA**
 407 East Adams
 P. O. Box 5043
 Springfield, IL 62705
 Telephone (217) 544-1771
 Fax (217) 544-9894
 jim@cavanagh-ohara.com

F:\files\RAILROAD\Alpine Landscape\C-Int.2.wpd