AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court

CENTRAL _____ DISTRICT OF _____ ILLINOIS

RAILROAD MAINTENANCE AND INDUSTRIAL
HEALTH AND WELFARE FUND,
           Plaintiff,

V.

ALPINE LANDSCAPE SERVICES, INC.,
           Defendant.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 06-3096

TO: (Name and address of defendant)

    David Cale, President -- PERSONAL SERVICE ONLY
    11932 Spaulding School Drive
    Plainfield, IL 60544

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

    James P. Moody
    Cavanagh & O'Hara
    407 East Adams Street
    Springfield, IL 62701
    (217) 544-1771

an answer to the complaint which is herewith served upon you, within __twenty (20)__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

s/John M. Waters                  5/24/06
CLERK                                               DATE

s/Barb Race
(BY) DEPUTY CLERK

## RETURN OF SERVICE

| Service of the Summons and Complaint was made by me [1] | DATE |
|---|---|
| NAME OF SERVER (PRINT) | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____    _____
            Date                        Signature of Server

                                        _____
                                        Address of Server

---

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.