# United States District Court

CENTRAL DISTRICT OF ILLINOIS

RAILROAD MAINTENANCE AND INDUSTRIAL
HEALTH AND WELFARE FUND,

    Plaintiff,

V.

ALPINE LANDSCAPE SERVICES, INC.,

    Defendant.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 06-3096

TO: (Name and address of defendant)

David Cale, President -- PERSONAL SERVICE ONLY
11932 Spaulding School Drive
Plainfield, IL 60544

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

James P. Moody
Cavanagh & O'Hara
407 East Adams Street
Springfield, IL 62701
(217) 544-1771

an answer to the complaint which is herewith served upon you, within __twenty (20)__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

CLERK [signature]

DATE 5/24/06

(BY) DEPUTY CLERK [signature]

```
CASE NUMBER. 083 2006-00-003096      001        WILL COUNTY SHERIFF'S OFFICE
                                                       ATTORNEY
RAILROAD MAINTENANCE & INDUSTRIAL               CAVANAGH & O'HARA      815-439-5747
           -VS-                                 P.O. BOX 5043
ALPINE LANDSCAPE SERVICES INC                   SPRINGFIELD, IL 62705
                                                            moved 2 mos ago  :36 Big Break at H&K
============ DESCRIPTION ============            ========= ATTEMPTED SERVICES =========
                         11944 E 45?              DATE           TIME          BADGE #
SUMMONS & COMPLAINT       3rd St                                                No signs on Bldg
ISSUED: 6/ 7/06   EXPIRES: 7/05/06               6/8           1244 Closed       357
FEES:    50.00    EVD/DEP:                       6/14          1455 Closed       357
                                                 6/20          717/1240 Cl      357
======= PERSON TO BE SERVED ========              6/21          1710 Closed    N 357
                                                 6/22          1155 Closed      357
ALPINE LANDSCAPE SERVICES INC.                   6/23           707 Closed      357
11932 SPAULDING SCHOOL DRIVE  Unit #?   NOTES: 6/26  1234 closed   357
PLAINFIELD, IL 60544                    PLEASE SERVE: DAVID CALE PRESIDENT 357
                                        PERSONAL SERVICE
       13314 Rosewood Lane                       6/28
                                         Kendall Co  6/30 1028           N 357
```

I CERTIFY THAT I HAVE SERVED THE ATTACHED PROCESS ON THE DEFENDANT AS FOLLOWS:

(A) ___ PERSONAL SERVICE: BY LEAVING A COPY OF THE ___ SUMM/COMP ___ CITATION
        ___ RULE ___ ORDER ___ SUBPOENA ___ NOTICE ___ JUDGEMENT
        ___ SUMMONS/PETITION FOR ORDER OF PROTECTION ___ ORDER OF PROTECTION.
        ___ CIVIL NO-CONTACT ORDER.

(B) ___ SUBSTITUTE SERVICE: BY LEAVING A COPY OF THE ___ SUMM/COMP ___ CITATION
        ___ NOTICE ___ JUDGEMENT ___ ORDER OF POSSESSION AT THE USUAL PLACE OF
        ABODE WITH SOME PERSON OF THE FAMILY 13 YEARS OR OLDER AND INFORMING
        SAID PERSON OF THE CONTENTS. ALSO, A COPY OF THE WRIT WAS MAILED TO
        THE DEFENDANT AT HIS/HER USUAL PLACE OF ABODE ON _____.(date)

(C) ___ SERVICE ON: ___ CORPORATION ___ COMPANY ___ BUSINESS by leaving a
        COPY OF THE ___ SUMM/COMP ___ CITATION ___ RULE ___ ORDER ___ NOTICE
        ___ JUDGEMENT ___ SUBPOENA WITH THE REGISTERED AGENT, AUTHORIZED PERSON
        OR PARTNER OF THE DEFENDANT.

(D) ___ OTHER SERVICE: ___ CERTIFIED MAIL ___ POSTING

(E) ✓ THE NAMED DEFENDANT WAS NOT SERVED:
        ✓ MOVED ___ NOT LISTED ___ RETURNED BY ATTY. ___ EXPIRED
        ✓ NO CONTACT ___ NO SUCH ADDRESS ___ DECEASED ___ OTHER REASON

PERSON TO BE SERVED: Alpine Landscape Services Inc.

SERVING ADDRESS: _____

WRIT SERVED ON: _____           RELATIONSHIP: _____
                SEX ____ (M/F) RACE ____ AGE ____

THIS  5  DAY OF  July  20 06   TIME  0745  HOURS

PAUL J. KAUPAS, SHERIFF, BY _____      DEPUTY # 739

REMARKS: _____

RLM61581126