IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | | |
|---|---|---|
| RAILROAD MAINTENANCE AND INDUSTRIAL HEALTH AND WELFARE FUND, | ) ) ) ) | |
| Plaintiff, | ) ) | |
| vs. | ) ) ) | No. 06-3096 |
| ALPINE LANDSCAPE SERVICES, INC., | ) ) | |
| Defendant. | ) | |

## STATUS REPORT

NOW COMES Plaintiff, RAILROAD MAINTENANCE AND INDUSTRIAL HEALTH AND WELFARE FUND, by and through its attorneys, Cavanagh & O'Hara, and for its response to this Honorable Court's text order, dated August 18, 2006, requesting a status report, states as follows:

1.   Plaintiff's counsel contacted the company's Registered Agent (Peter R. Vogel) to serve the Summons and Complaint.  Mr. Vogel informed us that he was no longer the Registered Agent for Alpine Landscaping, Inc. and he no longer represents the company.

2.   Plaintiff's counsel then contacted the Will County Sheriff's Office concerning the service of the Complaint and Summons on the company's President, David E. Cale.  The Will County Sheriff's Office attempted service on ten (10) occasions without success.  The Will County Sheriff's Office recently informed us that the President of the company now resides in Kendall County.  Plaintiff has retained a Private Detective to serve the Complaint.

3.   Plaintiff's counsel has also recently discovered that the corporation has a new Registered Agent, Mario Correa.  Plaintiff's counsel has instructed the Private Detective to serve

either the Registered Agent or Mr. Cale.

                    RAILROAD MAINTENANCE AND
                    INDUSTRIAL HEALTH AND WELFARE FUND,
                    Plaintiff,

By:       s/ James P. Moody
                    James P. Moody
                    **CAVANAGH & O'HARA**
                    407 East Adams
                    Post Office Box 5043
                    Springfield, Illinois 62705
                    Telephone: (217) 544-1771
                    Fax: (217) 544-9894
                    Jim@cavanagh-ohara.com

F:\files\RAILROAD\Alpine Landscape\sr.wpd