E-FILED
Tuesday, 05 September, 2006  01:21:06 PM
Clerk, U.S. District Court, ILCD

# United States District Court

CENTRAL ——————— DISTRICT OF ——————— ILLINOIS

RAILROAD MAINTENANCE AND INDUSTRIAL
HEALTH AND WELFARE FUND,

Plaintiff,

v.

ALPINE LANDSCAPE SERVICES, INC.,

Defendant.

## SUMMONS IN A CIVIL CASE

CASE NUMBER: 06-3094

TO: (Name and address of defendant)

David Cale, President -- PERSONAL SERVICE ONLY
11932 Spaulding School Drive
Plainfield, IL  60544

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

James P. Moody
Cavanagh & O'Hara
407 East Adams Street
Springfield, IL  62701
(217) 544-1771

an answer to the complaint which is herewith served upon you, within __twenty (20)__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

CLERK

DATE  5/24/06

SIGNATURE REDACTED

(BY) DEPUTY CLERK

# United States District Court, Central District Of Illinois

## AFFIDAVIT OF SERVICE

Case No: **06-3096**

## Railroad Maintenance and Industrial Health and Welfare Fund

vs.

## Alpine Landscape Services Inc.

I, **Matthew L. Uthe** the undersigned state the following facts. I am above the age of eighteen. I am not an party to the action. I certify that I have served a:

**Summons and Complaint**

The writ was served on **David Cale**

The description of the recipient is **Male White 32 5' 9" 200-225 lbs**

The relationship to the defendant is **President**

The **Summons and Complaint** was served at **13319 Rosewood Dr., Plainfield, IL 60544**

The writ service date was **8/29/2006** the time of service was **8:46 PM**

Under penalties provided by law pursuant to s1-109 of the Civil Code of Procedure, the undersigned certifies that the statements set forth are true and correct to his/her belief.

**SIGNATURE REDACTED**

_____
**Matthew L. Uthe**
Illinois Licensed Private Detective #115-001701

NOTES/COMMENTS:

Job#: 44319