IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | | |
|---|---|---|
| RAILROAD MAINTENANCE AND INDUSTRIAL HEALTH AND WELFARE FUND, | ) ) ) ) | |
| Plaintiff, | ) ) | |
| vs. | ) ) | No. 06-3096 |
| ALPINE LANDSCAPE SERVICES, INC., | ) ) ) | |
| Defendant. | ) | |

**STATUS REPORT**

NOW COMES Plaintiff, RAILROAD MAINTENANCE AND INDUSTRIAL HEALTH AND WELFARE FUND, by and through its attorneys, Cavanagh & O'Hara, and for its response to this Honorable Court's text order, dated September 25, 2006, requesting a status report, states as follows:

1. The Complaint was filed on May 26, 2006.

2. Defendant was served on August 29, 2006.

3. Defendant filed correspondence with the Court on September 13, 2006.

4. Plaintiff is uncertain whether the Court has construed Mr. Cale's September 13, 2006, submission as an Answer.

5. If the Court construes the submission to be an Answer, then a Rule 16 Conference should be scheduled.

6. If the Court does not construe the submission as an Answer, Plaintiff will move for a Request for Entry of Default.

          RAILROAD MAINTENANCE AND
          INDUSTRIAL HEALTH AND WELFARE FUND,
          Plaintiff,

         By:    s/ James P. Moody
          James P. Moody
          **CAVANAGH & O'HARA**
          407 East Adams
          Post Office Box 5043
          Springfield, Illinois 62705
          Telephone: (217) 544-1771
          Fax: (217) 544-9894
          jim@cavanagh-ohara.com

F:\files\RAILROAD\Alpine Landscape\SR.2.wpd

## PROOF OF SERVICE

  The undersigned hereby certifies that a copy of the foregoing instrument was served upon each of the addressees hereinafter set forth by enclosing the same in an envelope plainly addressed to each of said addressees affixing first-class postage thereto and depositing the same with the United States Mail at Springfield, Illinois on the 19th day of October 2006.

       Dave Cale, President
       Alpine Landscape, Inc.
     11932 Spaulding School Drive, Unit #2
       Plainsfield, IL 60544

and that the original was filed with the Clerk of the Circuit Court in which said case is pending.

          RAILROAD MAINTENANCE AND
          INDUSTRIAL HEALTH AND WELFARE FUND,
          Plaintiff,

         By:    s/ James P. Moody
          James P. Moody
          **CAVANAGH & O'HARA**
          407 East Adams
          Post Office Box 5043
          Springfield, Illinois 62705
          Telephone: (217) 544-1771
          Fax: (217) 544-9894
          jim@cavanagh-ohara.com