E-FILED
Tuesday, 09 January, 2007  02:16:40 PM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| RAILROAD MAINTENANCE AND INDUSTRIAL HEALTH AND WELFARE FUND, | ) ) ) ) |
| Plaintiff, | ) ) |
| vs. | ) No. 06-3096 ) |
| ALPINE LANDSCAPE SERVICES, INC., | ) ) ) |
| Defendant. | ) |

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

NOW COMES Plaintiff, RAILROAD MAINTENANCE AND INDUSTRIAL HEALTH AND WELFARE FUND, by and through their attorneys, Cavanagh & O'Hara, and, pursuant to Rule 41(a)(1)(i) of the Federal Rules of Civil Procedure, file this Notice of Voluntary Dismissal Without Prejudice and in support thereof state as follows:

1. On May 26, 2006, Plaintiff filed its Complaint against the Defendant.

2. Defendant was served with such Complaint on August 29, 2006; however, Defendant has failed to file an Answer or other appearance in the above-encaptioned cause.

3. Plaintiff's conducted a payroll compliance audit of Alpine Landscape Services, Inc. which audit disclosed that the company does not owe contributions.

4. This matter has not been dismissed in any court of the United States or of any state.

WHEREFORE, Plaintiffs herewith file this Notice of Voluntary Dismissal Without Prejudice.

RAILROAD MAINTENANCE AND
INDUSTRIAL HEALTH AND WELFARE FUND,
Plaintiff,

By:     s/ James P. Moody
James P. Moody
**CAVANAGH & O'HARA**
407 East Adams
Post Office Box 5043
Springfield, Illinois 62705
Telephone: (217) 544-1771
Fax: (217) 544-9894
jim@cavanagh-ohara.com

F:\files\RAILROAD\Alpine Landscape\NVD.wpd

## PROOF OF SERVICE

    The undersigned hereby certifies that a copy of the foregoing instrument was served upon each of the addressees hereinafter set forth by enclosing the same in an envelope plainly addressed to each of said addressees affixing first-class postage thereto and depositing the same with the United States Mail at Springfield, Illinois on the 9th day of January 2007.

Dave Cale, President
Alpine Landscape, Inc.
11932 Spaulding School Drive, Unit #2
Plainsfield, IL 60544

and that the original was filed with the Clerk of the Circuit Court in which said case is pending.

RAILROAD MAINTENANCE AND
INDUSTRIAL HEALTH AND WELFARE FUND,
Plaintiff,

By:     s/ James P. Moody
James P. Moody
**CAVANAGH & O'HARA**
407 East Adams
Post Office Box 5043
Springfield, Illinois 62705
Telephone: (217) 544-1771
Fax: (217) 544-9894
jim@cavanagh-ohara.com